

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 19 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BENJAMIN ADAMS                    CIVIL ACTION NO. 11-cv-1453

VERSUS                            JUDGE STAGG

WILDHORSE RESOURCES, LLC          MAGISTRATE JUDGE HORNSBY

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that WildHorse Resources, LLC's Motion to Dismiss (Doc. 8) is **granted**, and Plaintiff's complaint is **dismissed with prejudice** for failure to state a claim on which relief may be granted.  Any state law claims for royalties, penalties, or related payments are exempt from the scope of this federal judgment so Plaintiff may assert them in state court without risk of this judgment giving rise to a res judicata defense.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2012.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE